# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:
Meere, Ryan                                      **CASE NO. 11-40182**
Meere, Ronda
    Debtor(s)

## REQUEST FOR HEARING
## OR, IN THE ALTERNATIVE,
## FOR A WITHDRAWAL OF THE MOTION

NOW COMES the above named debtor and requests a hearing why this Chapter 13 case should not be dismissed, or for a Withdrawal of the Trustee's Motion to Dismiss, and shows as follows:

1.

Debtor filed for protection under Chapter 13 on 01/26/11.

2.

Debtor respectfully requests a hearing.

WHEREFORE, Debtor prays that a hearing be held to show cause why this Chapter 13 case not be dismissed, or that a Withdrawal of the Motion be entered.

RESPECTFULLY Submitted the 7th day of June, 2013.

                                              /s/ John E. Pytte
                                              JOHN E. PYTTE,
                                              Attorney for Debtor
                                              Georgia Bar No. 590555

Post Office Box 949
Hinesville, Georgia 31310
(912) 369-3569

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:
Meere, Ryan                                              CASE NO. 11-40182
Meere, Ronda
    Debtor(s)

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the parties listed below with a true and correct copy of the *REQUEST FOR HEARING OR FOR A WITHDRAWAL OF THE MOTION* as required by the Local Bankruptcy Rules by placing a copy of said documents in the United States Mail with adequate postage thereon to insure proper delivery, OR via Notice of Electronic Filing.

**O Byron Meredith III**
Chapter 13 Trustee
PO Box 10556
Savannah, GA 31412

This day, June 7, 2013.

                                          /s/ John E. Pytte
                                          JOHN E. PYTTE,
                                          Attorney for Debtor
                                          Georgia Bar No. 590555

JOHN E. PYTTE, P.C.
Post Office Box 949
Hinesville, Georgia  31313
(912) 369-3569
FAX (912) 369-3569